## The Louisiana State Bank *v.* Alcide Fuselier and others.

Defendant signed a promissory note as agent for J. F., a third person, payable to his own order, and having endorsed it in his own name, presented it to plaintiffs for discount.   The latter not being satisfied that defendant was authorized to sign as

The Louisiana State Bank v. Fuselier and others.

agent, without his knowledge or consent, struck out the words " For J. F." under his signature as maker, and erased his name as payee and endorser; and, on the substitution of a new payee and endorser, discounted the note. In an action against defendant: *Held*, that plaintiffs could not mutilate the note, and bind the appellee as drawer, without his consent.

APPEAL from the District Court of St. Martin, *King*, J.

This was an action on a promissory note, in the following words:

St. Martinsville, ce 5 Novembre, 1842.

$585:

Le premier de Mars prochain, je promets de payer à P. P. Briant, ou à son ordre, au bureau d'escompte de la Banque de l'Etat de la Louisiane à St. Martinsville, on j'élis mon domicile à cet effet, la somme de cinq cent quatre vingt cinq piastres, valeur reçue.

ALCIDE FUSELIER.

(Endorsed)    Pay to Louisiana State Bank, or order, value received.

P. P. BRIANT.

The defendant answered, that he had signed the note sued on for his brother Jules G. Fuselier, at his request and in his presence, he being sick ; and that he, defendant, endorsed it ; but that without any authority from him, his name as endorser was erased, and the words " For J. G. Fuselier" following his name as drawer, were struck out.

Gary, the cashier of the branch of the Bank at St. Martinsville, testified, that Jules G. Fuselier being indebted to the bank, the note on which this action was brought was signed by Alcide Fuselier, for him, in consequence of his inability to write from illness. That the note was drawn payable to Alcide Fuselier, and endorsed by him ; but that the Board of Directors thinking that the signature of Alcide, as agent, was not good, struck out so much as represented him to be an agent, and his name in the body of the note and as endorser, for both of which P. P. Briant was substituted. That Briant endorsed the note after the erasures were

made. That he does not recollect that he ever notified Alcide Fuselier of the alterations.

There was judgment below againt Briant, and in favor of the defendant Fuselier.

*Voorhies,* for the appellants.

*De Blanc,* contra.

BULLARD, J. This is an action against Alcide Fuselier, as drawer, and P. P. Briant as endorser of a promissory note ; and the bank is appellant from a judgment in favor of the drawer. His defence was that he signed the note as agent of his brother Jules G. Fuselier, and that he endorsed it, but that, out of his presence, and without his consent, the words *"for Jules Fuselier,"* following his own name, were erased, and his name stricken out as endorser.

The evidence fully sustains this defence. The cashier was directed by the board of directors to make the alteration, they not being satisfied that the appellee was authorized by his brother to make the note. That was a good reason for not discounting it, but by no means authorized the directors to mutilate the note, and to bind the appellee as drawer, without his knowledge or consent.

*Judgment affirmed.*